IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| M.A.M.M., | : |
|     Petitioner, | : |
| v. | : |
| | :    Case No.: 7:21-CV-47 (WLS-MSH) |
| Warden, Irwin County Detention Center, *et al.*, | : |
|     Respondent. | : |

## **ORDER**

Presently before the Court is Petitioner's Second Objection (Doc. 43) to United States Magistrate Judge Stephen Hyles Order and Recommendation. (Doc. 35.) This Court entered an Order overruling Petitioner's First Objection (Doc. 39) and adopting the Report and Recommendation after reviewing it for clear error on March 14, 2022. (Doc. 41.) The Court overruled Petitioner's First Objection (Doc. 39) after determining that Petitioner had not raised a proper objection to either of Judge Hyle's findings. (Doc. 41.)

The Court notes for the purposes of the record that Petitioner's Second Objection was signed and dated on March 17, 2022. (Doc. 43 at 10.) Accordingly, Petitioner's Second Objection is untimely as Petitioner had fourteen (14) days to file an Objection to Judge Hyle's Order and Recommendation, which was filed on February 14, 2022. (Doc. 35 at 6.) Therefore, the standard of review for Judge Hyle's Order and Recommendation (Doc. 35) remains clear error, which this Court previously found was not present. (Doc. 41.)

1

Accordingly, Petitioner's Second Objection is **OVERRULED** and this Court's March 14, 2022 Order remains the final judgment in this case.[1]

**SO ORDERED**, this 29th day of March 2022.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**

---

[1] The Court notes for the purposes of the record that upon initial review of Plaintiff's Second Objection, (Doc. 43) Plaintiff did not raise a proper objection to either of Judge Hyle's findings. (Doc. 35.)