IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| M.A.M.M., | : |
|    Petitioner, | : |
| v. | : |
| | :   Case No.: 7:21-CV-47 (WLS-MSH) |
| Warden, Irwin County Detention Center, *et al.*, | : |
|    Respondent. | : |

## ORDER

Before the Court is Petitioner's Response (Doc. 54) to this Court's May 16, 2022, Order. (Doc. 48.) Therein, Petitioner makes no less than eighteen (18) separate requests for relief ranging from the issuance of a subpoena for his medical records to notice of the official process by which the United States enters treaties with foreign governments. (Doc. 54.)

At this time, however, this Court lacks jurisdiction to review Petitioner's Response (Doc. 54.) This Court lacks jurisdiction as Petitioner filed a Notice of Appeal on May 23, 2022. (Doc. 49.)[1] Accordingly, as none of Petitioner's requests relief are of the type specified in Fed. R. App. Proc. 4(a)(4), Petitioner's requests for relief, included in his Response, are **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**, this 29th day of June 2022.

                                          /s/ W. Louis Sands
                                          **W. LOUIS SANDS, SR. JUDGE**
                                          **UNITED STATES DISTRICT COURT**

---

[1] The effect of a notice of appeal is that a district court lacks jurisdiction, i.e., authority, to act after the filing of a timely notice of appeal except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in Federal Rule of Appellate Procedure 4(a)(4).